**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-62385-BLOOM/Valle**

AMY L. MALKIN,

    Plaintiff,

v.

BANK OF AMERICA,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon *pro se* Plaintiff's letter to the Court, ECF No. [6] ("Motion"), which the Court construes as a motion for leave to amend. The Court has considered the Motion, the record in this case, the applicable law, and is otherwise fully advised.

On November 23, 2020, the Court entered an Order dismissing the case without prejudice and denying Plaintiff's motion to proceed *in forma pauperis* and motion to seal. ECF No. [5] ("Order"). In the Order, the Court explained that Plaintiff failed to satisfy the requirement of poverty for purposes of proceeding *in forma pauperis*, Plaintiff failed to state a claim for relief, the Court's bases for jurisdiction were unclear, and Plaintiff failed to show that the case should be sealed and withheld from the public. *Id.*

In the Motion, Plaintiff requests the Court grant her leave to amend and to review the terms of an agreement and "nullify the arbitration clause, due to no waiver" of a right to a jury trial. ECF No. [6].

Upon review, the Court is without authority to grant Plaintiff the relief she requests. First, because no filing fee was paid and her motion to proceed *in forma pauperis* was denied, the instant

Case No. 20-cv-62254-BLOOM/Valle

Motion is not properly before the Court. Second, even if it was, as set forth in the Order, Plaintiff fails to show that this Court has subject matter jurisdiction or that Plaintiff sets forth cognizable claims. Third, to the extent the alleged Agreement, ECF No. [6] at 2-12, is used as a basis for leave, the document is incomplete and does not even include the cover page identifying the "Company" to the agreement.

Accordingly, the Motion, **ECF No. [6]**, is **DENIED AS MOOT**. The Clerk of Court shall **UNSEAL ECF No. [5]** and file this Order on the public docket.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 14, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Amy L. Malkin
2216 NW 73 Terrace
Pembroke Pines, FL 33024