UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-cv-62385-BLOOM/Valle**

AMY L. MALKIN,

    Plaintiff,

v.

BANK OF AMERICA,

    Defendant.

_____/

## **ORDER**

**THIS CAUSE** is before the Court upon *pro se* Plaintiff's December 16, 2020 letter to the Court, ECF No. [9] ("Motion"), which the Court construes as a motion for leave to amend. The Court has considered the Motion, the record in this case, the applicable law, and is otherwise fully advised.

The Court has twice explained to Plaintiff that it is without authority to grant her relief in this case. *See* ECF Nos. [5] and [7]. First, as explained in the December 15, 2020 Order addressing her prior motion for leave, ECF No. [7], because no filing fee is paid and her motion to proceed *in forma pauperis* was denied, the instant Motion is not properly before the Court. Second, even if it was, as set forth in the November 23, 2020 Order, ECF No. [5], Plaintiff fails to show that the Court has subject matter jurisdiction or that Plaintiff sets forth cognizable claims. Third, even assuming that the Court could entertain the Motion, Plaintiff would be entitled to no relief because the Motion runs afoul of Local Rule 15.1, which requires the party seeking leave to amend to "attach the original of the amendment to the motion." No such proposed amended pleading is attached, and the Court is entirely unclear as to the requested "updates" or "modifications" Plaintiff

intends apart from general references to seeking compensatory and punitive damages. Simply put, the Court finds no bases to disturb its prior rulings.

Accordingly, the Motion, **ECF No. [9]**, is **DENIED AS MOOT**. The Clerk of Court shall **UNSEAL ECF No. [9]** and this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 17, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Amy L. Malkin
2216 NW 73 Terrace
Pembroke Pines, FL 33024